UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY VIDEO OR**
                                                    **TELE CONFERENCE**

                    -against-                           **-CR-**    **( )( )**

                                                      20 mag 11567

  Edward Green

                           Defendant(s).

-------------------------------------------------------------------X

Defendant __Edward Green_____ hereby voluntarily consents
to participate in the following proceeding via __x__ videoconferencing or ___ teleconferencing:

__x__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(During a phone conversation on October
27, 2020, Mr. Green authorized Benjamin Gold
to electronically sign this form on his behalf)

*Edward Green*_____                       _Ben G_____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Edward Green_____          _Benjamin Gold_____
Print Defendant's Name                     Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

  10/27/2020_____          _Judith C. McCarthy_____
Date                                   U.S. District Judge/U.S. Magistrate Judge